UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    Case No. 09 B 47871

    Frances Flournoy

    Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/18/2009.

2) The plan was confirmed on 03/15/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/21/2012.

5) The case was Dismissed on 01/09/2013.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,428.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $8,428.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,992.67 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $423.29 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,415.96

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABN AMRO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADT Security Systems | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| Amcore Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 511.43 | 511.43 | 0.00 | 0.00 |
| Arlington Ridge Pathology | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| Aurora Loan Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | NA | 262.56 | 262.56 | 0.00 | 0.00 |
| Becket & Lee | Unsecured | NA | 728.43 | 728.43 | 0.00 | 0.00 |
| Benefit Adminstrative Systems | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| Best Practices Of Northwest SC | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| Bureau Of Collection Recovery | Unsecured | 939.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| Carson Pirie Scott & Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 810.00 | NA | NA | 0.00 | 0.00 |
| Champion Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chrysler Financial Services Americas LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 456.00 | 578.00 | 578.00 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| Creditors Alliance Inc | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 875.00 | 875.35 | 875.35 | 0.00 | 0.00 |
| Elk Grove Lab Physicians | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Firstsource Advantage LLC | Unsecured | 1,547.00 | NA | NA | 0.00 | 0.00 |
| Global Connections, Inc | Unsecured | 3,510.00 | NA | NA | 0.00 | 0.00 |
| Greater Northwest Medical | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| I C Systems Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| J C Penney - GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 442.55 | 442.55 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 535.00 | 507.43 | 507.43 | 0.00 | 0.00 |
| Lane Bryant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lane Bryant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mitchell N Kay | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Montgomery Ward & Co Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Northwest Community Hospital | Unsecured | 22.59 | NA | NA | 0.00 | 0.00 |
| Northwest Radiology Assoc S | Unsecured | 568.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 251,816.21 | 231,947.05 | 231,947.05 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 251,816.21 | 13,460.10 | 13,460.10 | 6,012.04 | 0.00 |
| Palisades Collection LLC | Unsecured | 42.00 | 42.33 | 42.33 | 0.00 | 0.00 |
| Physician Anesthesia | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 235.00 | 229.03 | 229.03 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 494.00 | 475.07 | 475.07 | 0.00 | 0.00 |
| Redline Recovery Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 1,001.64 | 1,001.64 | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 2,442.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rnb Fields3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Target | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tate & Kirlin | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Village of Wheeling | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| WFNNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFS Financial | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| Woman Care | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $231,947.05 | $0.00 | $0.00 |
| Mortgage Arrearage | $13,460.10 | $6,012.04 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$245,407.15** | **$6,012.04** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,653.82** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $2,415.96 |
| Disbursements to Creditors | $6,012.04 |
| **TOTAL DISBURSEMENTS** : | **$8,428.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/12/2013          By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**